MILES *against* M'CULLOUGH.

THE defendant while attending in this Court, upon an appeal from the settlement of his accounts, as administrator, in the Orphan's Court of *Lancaster* county, was served with a summons at the suit of the plaintiff; and *Hopkinson* now moved to set aside the service upon the ground of privilege.

*S. Levy* contended that the party was privileged from *arrests* alone. But

> *A party while attending an appeal from the court of another county to this court is privileged from a summons.*

Per CURIAM. It has been repeatedly ruled that he is equally privileged from the service of a summons. Therefore let the service be set aside.